UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ____________________

PETER KILCOMMONS,

Plaintiff,

v.

ARGANO, LLC and ITK SOLUTIONS GROUP, LLC,

Defendants.
______________________________________/

**SUMMONS IN A CIVIL ACTION**

To: ITK Solutions Group, LLC
c/o Registered Agent: Christopher Fibbe
995 Bay Rd
South Hamilton, MA 01982

**A lawsuit has been filed against you.**

Within 21 days after service of this Summons on you (not counting the day you received it), — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Plaintiff an answer the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, **Gina M. Cadogan, Esq.**, whose address is, **Cadogan Law, 1200 S. Pine Island Road, Suite 370, Plantation, FL 33324**. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

Date: __________________ CLERK OF COURT

______________________________
Signature of Clerk of Deputy Clerk